Antwon WHITTEN, Plaintiff-Appellant,

v.

Leslie FLEMING, Warden—Wallens Ridge State Prison; C.W. Franks, Inmate Hearing Officer—Wallens Ridge State Prison; Marcus Elem, Regional Appeals Unit Administrator—Roanoke; Henry J. Ponton, Disciplinary Appeals Unit—Regional Administrator; William A. Gunter, Defendants-Appellees.

No. 17-7275

United States Court of Appeals, Fourth Circuit.

Submitted: February 15, 2018

Decided: February 20, 2018

Antwon Whitten, Appellant Pro Se. Margaret Hoehl O'Shea, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Before WILKINSON, FLOYD, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antwon Whitten appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Whitten v. Fleming*, No. 7:16-cv-00229-EKD-RSB, 2017 WL 3994789 (W.D. Va. Sept. 11, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*